**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

Deborah S. Hunt
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: September 11, 2015

Ms. Kathleen Kim
U.S. Department of Labor
Office of the Solicitor
200 Constitution Avenue, N.W.
Room N-2117
Washington, DC 20210

Ms. Laura Metcoff Klaus
Greenberg Traurig
2101 L Street, N.W.
Suite 1000
Washington, DC 20037

Mr. Evan Barret Smith
Appalachian Citizens' Law Center
317 Main Street
Whitesburg, KY 41858

Re: Case No. 14-3719, *Premium Coal Company, Inc., et al v. OWCP, et al*
Originating Case No. : 13-0210 BLA

Dear Counsel,

Enclosed is a copy of the mandate filed in this case.

Sincerely yours,

s/Linda M. Niesen
Case Manager
Direct Dial No. 513-564-7038

cc: Mr. Sean Bajkowski

Enclosure

**UNITED STATES COURT OF APPEALS**
**FOR THE SIXTH CIRCUIT**

No: 14-3719

Filed: September 11, 2015

PREMIUM COAL COMPANY, INC.; OLD REPUBLIC INSURANCE COMPANY

Petitioners

v.

DIRECTOR, OFFICE OF WORKERS' COMPENSATION PROGRAMS; ESTATE OF REDDIN BYRGE

Respondents

MANDATE

Pursuant to the court's disposition that was filed 07/20/2015 the mandate for this case hereby issues today.

COSTS: None